# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 30, 2023**

SEAN F. McAVOY, CLERK

SKEGGI HILDOLF KATRINSSONR and BODHI,

*Plaintiff*

v.

CHERYL STRANGE, LISA FLYNN, DAWN TAYLOR, and ZILVINAS JAKSTAS,

*Defendant*

Civil Action No. 4:23-CV-5139-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date: November 30, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore